UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-201** |
| **v.** | * | **SECTION: "M"** |
| **CUONG QUOC TRAN** | * | |
| | * | |

\* \* \*

**<u>FINDINGS AND ORDER</u>**

Having considered the Motion and Incorporated Memorandum to Continue Trial and Pretrial Conference, and the reasons stated herein; the motion is **GRANTED.**

**IT IS HEREBY ORDERED** that the trial and pretrial conference in the above-captioned matter, is presently scheduled for February 10, 2025, at 9:00 a.m. and January 22, 2025 at 9:30 a.m. respectively, be and are hereby continued.  The trial is reset for the _____ day of _____, ____, at _____ o'clock.  The pretrial conference is reset for the _____ day of _____, ____, at _____ o'clock.

In granting this motion for continuance, this Court makes the following findings:

The Court finds that the ends of justice served by granting the continuance of the trial outweigh the best interest of the public and of the defendants in a speedy trial.  Title 18, United States Code, Section 3161(h)(7)(A).  Not granting this continuance to allow the parties to conclude their negotiations and possibly resolve this matter without the need for a trial will result in a miscarriage of justice.  Title 18, United States Code, Section 3161(h)(7)(B)(i).  In the event that the parties fail in their efforts to reach a negotiated resolution, these discussions will have the benefit of permitting the parties to streamline the trial in this matter.

2

Accordingly, the Court finds the period of this continuance is excludable time under the Speedy Trial Act, Title 18, United States Code, section 3161, *et seq*.

New Orleans, Louisiana, this _____ day of _____, 2025.


_____
HONORABLE BARRY W. ASHE
UNITED STATES DISTRICT JUDGE